# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELA THURMAN, ) <br> DEXTER SCOTT, ) <br> RANDOLPH CHARLES JONES, ) <br> CHRIS DARROUX, ) <br> and MAURICE THOMPSON, ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> ZODIAC SERVICES AMERICAS ) <br> LLC, PDS TECH, INC., and ) <br> JOHNSON SERVICE GROUP, ) <br> INC., ) <br>     Defendants. ) | **CIVIL ACTION** <br> **FILE NO.:** 1:14-cv-04107-TCB-GGB |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Dexter Scott ("Plaintiff") and Defendant Zodiac Services Americas LLC DE ("Zodiac"), that all claims asserted by Plaintiff against Defendant Zodiac in the above-captioned matter are voluntarily dismissed in their entirety, with prejudice, with all parties bearing their own costs and fees.

| AGREED TO AND SUBMITTED BY: | AGREED TO BY: |
|---|---|
| /s/ *Tremain C. Mattress* <br> Regina S. Molden <br> Georgia Bar No. 515454 <br> Tremain C. Mattress <br> Georgia Bar No. 940529 | */s/Deepa N. Subramanian* <br> Deepa N. Subramanian <br> Georgia Bar No. 278625 <br> Margaret Hutchins Campbell <br> Georgia Bar No. 105978 |

| | |
|---|---|
| Peachtree Center—Harris Tower | One Ninety One Peachtree |
| 233 Peachtree St., NE | Atlanta, GA 30303 |
| Suite 1245 | Phone: (404)881-1300 |
| Atlanta, GA 30303 | Fax: (404)870-1732 |
| Phone: (404)324-4500 | |
| Fax: (404)324-4501 | Counsel for Defendant Zodiac |
| Email:rmolden@moldenlaw.com | |
| tmattress@moldelaw.com | |

Counsel for Plaintiff

**SO ORDERED** this ____ day of _____, 2015/16.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed the foregoing Stipulation of Dismissal, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel as follows.

Margaret Campbell
Deepa Subramanian
Ogletree Deakins Nash Smoak & Stewart, PC
191 Peachtree St, NE. Suite 4800
Atlanta, GA 30303

Brett Coburn
Molly Jones
Alston & Bird LLP
1201 W. Peachtree St, Suite 4200
Atlanta, GA 30309
Amy J. Traub
Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, New York 10111

This 8th day of December 2015.

/s/Tremain C. Mattress
Tremain Mattress 940295