# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA THURMAN, | ) | |
| DEXTER SCOTT, | ) | |
| RANDOLPH CHARLES JONES, | ) | **CIVIL ACTION** |
| CHRIS DARROUX, | ) | **FILE NO.:** 1:14-cv-04107-TCB-GGB |
| and MAURICE THOMPSON, | ) | |
|     Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ZODIAC SERVICES AMERICAS | ) | |
| LLC, PDS TECH, INC., and | ) | |
| JOHNSON SERVICE GROUP, | ) | |
| INC., | ) | |
|     Defendants. | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Angela Thurman ("Plaintiff") and Defendants Zodiac Services Americas LLC DE and PDS Tech, Inc. (collectively, "Defendants") that all claims asserted by Plaintiff against Defendants in the above-captioned matter are voluntarily dismissed in their entirety, with prejudice, with all parties bearing their own costs and fees.

| AGREED TO AND SUBMITTED BY: | AGREED TO BY: |
|---|---|
| /s/ *Regina S. Molden* | */s/Deepa N. Subramanian* |
| Regina S. Molden | Deepa N. Subramanian |
| Georgia Bar No. 515454 | Georgia Bar No. 278625 |
| Tremain C. Mattress | Margaret Hutchins Campbell |
| Georgia Bar No. 940529 | Georgia Bar No. 105978 |

Peachtree Center—Harris Tower
233 Peachtree St., NE
Suite 1245
Atlanta, GA 30303
Phone: (404)324-4500
Fax: (404)324-4501
Email:rmolden@moldenlaw.com
        tmattress@moldelaw.com

Counsel for Plaintiff

One Ninety One Peachtree
Atlanta, GA 30303
Phone: (404)881-1300
Fax: (404)870-1732

Counsel for Defendant Zodiac

_s/Alex Barnett_____
Alexandra Garrison Barnett
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, Georgia 30309
Tel: (404)881-7190
Fax: (404)253-8290
Alex.barnett@alston.com

Counsel for PDS Tech, Inc.

**SO ORDERED** this ____ day of _____, 2015/16.


_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing Stipulation of Dismissal, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel as follows.

Margaret Campbell
Deepa Subramanian
Ogletree Deakins Nash Smoak & Stewart, PC
191 Peachtree St, NE. Suite 4800
Atlanta, GA 30303


Alex Barnett
Alston & Bird LLP
1201 W. Peachtree St, Suite 4200
Atlanta, GA 30309

Amy J. Traub
Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, New York 10111

This 9th day of December 2015.

/s/Tremain C. Mattress
Tremain Mattress 940529